IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff,

                                                             Case No. 3:09cr179

v. :           JUDGE WALTER H. RICE

CHRISTOPHER HOLSINGER,

    Defendant. :

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE AND SETTING FORTH INTERIM DISPOSITION;
FINAL DISPOSITION DATE SET

---

On October 31, 2012, the Defendant, having previously been found in violation of his supervised release which began June 23, 2008, appeared in open Court for interim disposition.

Pursuant to the record made on the aforesaid October 31, 2012, the Court will defer final disposition on the Defendant's supervised release violation until March 12, 2013, at 4:45 p.m. In the interim, the Defendant is to follow all the rules and requirements of his present term of supervised release, to follow all of the conditions of his Kettering Municipal Court post-release control and, in addition, he is to complete the Cadas Program, to be monitored by a Transdermal Alcohol Detection Device and observe a curfew of 7:00 p.m. to 7:00 a.m.

                                                           /s/ Walter H. Rice

November 8, 2012                            WALTER H. RICE
                                                  UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Laura Sebulsky, U.S. Probation Officer