IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER HOLSINGER,

    Defendant.

Case No. 3:09cr179

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE, WITH CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On March 12, 2013, the Defendant, having previously been found in violation of his supervised release which began June 23, 2008, appeared in open court for final disposition. Pursuant to the record made on the aforesaid March 12, 2013, the Defendant's supervised release was not revoked; rather, he was continued on supervised release, subject to all undischarged conditions of that status as originally imposed and, in addition, that he is to be monitored by the Transdermal Alcohol Monitoring Device for a period of 180 days from March 12, 2013, with credit given from November 2, 2012. Finally, Defendant is not to consume alcohol and is not to drive without either driving privileges or a valid driver's license. The Defendant's curfew is extended from 8:00 p.m. to 7:00 a.m.

Following the conclusion of the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 9, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record